JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HERBERT JOHNSON, <br><br> Petitioner, <br><br> v. <br><br> WARDEN R.J. DONOVAN, <br><br> Respondent. | No. 2:22-cv-03559-JAK (JDE) <br><br> JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: June 23, 2022

JOHN A. KRONSTADT
United States District Judge